**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1601**

RODNEY F. POSTON,

                Plaintiff - Appellant,

      v.

ROCK TENN SMURFIT-STONE,

                Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Max O. Cogburn, Jr., District Judge.  (1:13-cv-00206-MOC-DLH)

Submitted:  July 21, 2015          Decided:  July 23, 2015

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rodney F. Poston, Appellant Pro Se.  Elizabeth R. Dangel, Kelly Suzanne Hughes, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney F. Poston appeals the district court's order granting summary judgment to Rock Tenn Smurfit-Stone in Poston's employment discrimination action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Poston's informal brief does not challenge the basis for the district court's disposition, Poston has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED